IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 25 2018
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| RICHARD CANNON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>VS.<br><br>PETER A. KLC AND ASSOCIATES, PLLC DBA PARAMOUNT ACCEPTANCE,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§  NO. 4:18-CV-678-A<br>§<br>§<br>§<br>§<br>§ |

FINAL JUDGMENT

Consistent with the order signed in the above-captioned action on the date of the signing of this final judgment, and with the Notice of Dismissal Without Prejudice filed by plaintiff, Richard Cannon ("Cannon"), on September 24, 2018,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by Cannon against defendant, Peter A. KLC and Associates, PLLC, d/b/a Paramount Acceptance, be, and are hereby, dismissed without prejudice.

SIGNED September 25, 2018.

_____
JOHN McBRYDE
United States District Judge